Elizabeth Norton, petitioner, v. Sherman Tucker, respondent.   Gen. No. 39,164.

Opinion filed May 19, 1937.   Rehearing denied June 2, 1937,

Ryan, Sinnott & Miller and Louis G. Davidson, for appellant. John A. Bloomingston, for appellee.

Mr. Justice Hall delivered the opinion of the court.